```
                                                    FILED
                                                   JAN 15 2016
                                                RICHARD W. WIEKING
                                             CLERK, U.S. DISTRICT COURT
                                            NORTHERN DISTRICT OF CALIFORNIA
                                                     SAN JOSE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CARLIN,<br><br>  Plaintiff,<br><br>  v.<br><br>CLIFF ALLENBY, et al.,<br><br>  Defendants. | No. C 14-05222 BLF (PR)<br><br>**ORDER OF TRANSFER** |

    Plaintiff, a civil detainee under the California's Sexually Violent Predator Act proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983 against officials at the Coalinga State Hospital.[1]  Because the acts complained of occurred in Fresno County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1406(a).

    The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

DATED: 1-15-2015

                                                  BETH LABSON FREEMAN
                                                  United States District Judge

---

[1] This matter was reassigned to this Court on January 6, 2015.  (*See* Docket No. 8.)

Order of Transfer
P:\PRO-SE\BLF\CR.14\052222Carlin_transfer(ED).wpd