1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTHONY CARLIN, | 1:15-cv-00116-GSA (PC) |
|---|---|
| Plaintiff, | New Case No. 1:15-cv-00116-MJS (PC) |
| vs. | ORDER RELATING CASES AND REASSIGNING ACTION TO MAGISTRATE JUDGE MICHAEL J. SENG |
| CLIFF ALLENBY, et al., | |
| Defendants. | |

On November 25, 2014, Plaintiff filed this Civil Rights Complaint pursuant to 42 U.S.C. section 1983 challenging Defendants' assessment, classification and detention of Plaintiff under California's Sexually Violent Predator Act and failure to provide him outpatient treatment in violation of the Fourteenth Amendment of the U.S. Constitution. (ECF No. 1.)

A number of virtually identical actions have been filed in or transferred to this Court. The Court's review of these cases reveals that the instant action is related under Local Rule 123 to the action entitled <u>Klein v. King</u>, 1:14-cv-01440-MJS (PC). Both actions are based on the same underlying facts and involve overlapping questions of law and fact.

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk shall relate this case with case 1:14-cv-01440-MJS (PC);

2. This case shall be assigned to the docket of Magistrate Judge Michael J. Seng;

1

3. The new case number shall be: 1:15-cv-00116-MJS (PC) and all future pleadings and/or correspondence must be so numbered. Use of an incorrect case number or incorrect judge's initials may result in delay in processing documents and distribution of copies to the judge assigned.

IT IS SO ORDERED.

Dated: **January 30, 2015**         **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE